IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Janos Roper,

    Plaintiff(s),

vs.

City of Cincinnati Fire Department,

    Defendant(s).

Case Number: 1:18cv901

Judge Susan J. Dlott

## ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 12, 2019 a Report and Recommendation (Doc. 17). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 18) and the defendant filed a response to the objections (Doc. 19).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the defendant's motion for judgment on the pleadings (Doc. 9) is GRANTED.

It is also ORDERED that plaintiff's motion to strike defendant's reply memorandum is DENIED as moot.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court